**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| JEANETTA PLEASANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:26cv487-MHT |
| ) | (WO) |
| ALABAMA STATE BAR; et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff's motion for a temporary restraining order and a preliminary injunction, it is ORDERED that the motion for a temporary restraining order (Doc. 13) is denied.

On the current record, plaintiff has not met the standard for entry of a temporary restraining order. *See Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005) (listing factors to be considered and noting that "[c]ontrolling precedent is clear that injunctive relief may not be granted unless the plaintiff establishes the substantial likelihood of success criterion."). Moreover, the court finds that

plaintiff's motion will be more appropriately resolved as a motion for preliminary injunction.

The motion for preliminary injunction (Doc. 13) is left pending for the United States Magistrate Judge to address.

DONE, this the 30th day of June, 2026.

         /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE